UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFRY SANABIA,

                             Plaintiff,

                    Case No.: 11-cv-7969-DLC

      -against-

**STIPULATION OF VOLUNTARY DISMISSAL**

APPLIED BANK and NCO FINANCIAL SYSTEMS, INC.
                                       Defendants.
------------------------------------------------------------X

The parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs to any party.

Dated: March 19, 2012.

Dated: New York, New York
       March 20 2012.

SO ORDERED:

_____
HON. DENISE L. COTE, U.S.D.J.

/s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ. (NK 9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Nkidd@fagensonpuglisi.com

/s/ Aaron R. Easley
AARON R. EASLEY, ESQ. (AE 9922)
SESSIONS FISHMAN NATHAN & ISRAEL, LLC.
Attorneys for Defendants
200 Route 31 North, Suite 203
Flemington, New Jersey 08822
Tel.:(908)751-5797
Aeasley@sessions-law.biz